IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Mario Alexander Flores Villanueva, | * |
| Petitioner, | * |
| | Case No. 1:25-cv-03955-DLB |
| v. | * |
| Pamela Bondi, *et al.*, | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

On December 3, 2025, Petitioner Mario Alexander Flores Villanueva ("Petitioner") filed a Petition for Writ of Habeas Corpus. ECF No. 1. The same day, the parties met and conferred, and filed a Joint Status Report and Briefing Schedule. ECF No. 6. On December 9, 2025, the parties met and conferred and are in agreement that: (i) Petitioner's detention is discretionary pursuant to 8 U.S.C. § 1226, not 8 U.S.C. § 1225; and (ii) 8 U.S.C. § 1226 and 8 C.F.R. § 236.1(d) provide that Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a) with an Immigration Judge considering the application for bond under the factors of *Matter of Guerra*, 24 I. & N. Dec. 37 (BIA 2006). In light of the parties' agreement, it is hereby **ORDERED**:

That briefing in this matter is **STAYED** while Petitioner pursues a bond hearing in the Immigration Court; and

That the parties **SHALL FILE** a Joint Status Report on or before December 22, 2025 addressing the status of the bond hearing issue. If appropriate, the parties shall also include a proposed schedule for further proceedings in the Joint Status Report.

This Order is without prejudice to Petitioner's entitlement to seek a bond hearing before an Immigration Judge and to pursue subsequent relief as he sees fit.

Dated: December 9, 2025

                                              Deborah L. Boardman
                                              United States District Judge